# Exhibit A

*Prepared exclusively for*

## 2011 Infiniti QX.
*Modern luxury at its most immersive.*



INFINITI

QX

# STANDARD FEATURES

### 1. Mechanical

- 400 hp 5.6-liter 32-valve V8 engine with VVEL and DIG™, aluminum alloy block and heads. Dry film coated pistons
- Electronically controlled 7-speed automatic transmission with Adaptive Shift Control (ASC). Driver-adaptive learning algorithm senses driving style and adjusts automatic shifting accordingly. Manual shift mode offers sequentially selectable manual gearshifts and Downshift Rev Matching
- 4-wheel vented disc brakes with ABS, Electronic Brake force Distribution (EBD) and Brake Assist (BA)
- Independent front and rear suspension
- Engine-speed-sensitive power steering
- Snow and Tow modes
- 2WD or Infiniti All-Mode 4WD®
- 20 x 8.0-inch, forked 7-spoke aluminum-alloy wheels with 275/60R20 H-rated all-season tires
- Hill start assist

### 2. Safety and Security

- Infiniti Advanced Air Bag System (AABS) includes dual-stage supplemental front air bags with seat belt and occupant classification sensors which adjust their inflation rate depending on crash severity, seat occupancy and seat belt usage. If the front-passenger's seat is empty, a sensor will deactivate the air bag[1]
- Driver and front-passenger front seat-mounted side-impact supplemental air bags[1]
- Roof-mounted curtain side-impact supplemental air bags with rollover sensor for outboard occupant head protection for all three rows[1]
- Front-seat Active Head Restraints (AHR)
- Electronic Brake force Distribution (EBD)
- Brake Assist (BA)
- 4-wheel Anti-lock Braking System (ABS)
- Vehicle Dynamic Control (VDC)[2] with Traction Control System (TCS)
- Tire Pressure Monitoring System (TPMS) with individual tire pressure display and Tire Inflation Indicator[3]

### 3. Comfort and Convenience

- Leather-appointed interior
- 10-way power/heated driver's seat, including 2-way power lumbar support
- 8-way power/heated front-passenger's seat, including 2-way power lumbar support
- Dual occupant memory system for power driver's seat, outside mirrors and steering wheel, linked to individual Intelligent Keys
- Heated, leather-wrapped steering wheel
- Tuscan Burl trim
- Aluminum kick plates
- Second-row captain's chairs with tip-up easy access to third row
- Power 60/40-split fold-flat and reclining third-row seats
- Infiniti Intelligent Key with Illuminated Push Button Ignition
- Tri-Zone Automatic Temperature Control system with microfilter
- Bose® 13-speaker Premium Audio system, including 2 subwoofers, AM/FM radio, single in-dash CD/DVD player with MP3 playback capability, Radio Data System (RDS) and speed-sensitive volume control
- 9.3GB Music Box® hard drive
- Streaming audio via Bluetooth® wireless technology[4]
- USB connection port for iPod® interface and other compatible devices[5]
- 8-inch color touch-screen display
- Auxiliary audio/video input jacks in front center console[5]
- Illuminated steering wheel-mounted audio controls
- Fine Vision electroluminescent gauges
- Infiniti Controller for vehicle information systems and comfort and convenience features
- XM® Satellite Radio[6]
- Infiniti Hard Drive Navigation System with Lane Guidance and 3-D building graphics[7]
- Infiniti Voice Recognition for audio, navigation, and vehicle information systems
- XM NavTraffic® with Real-Time Traffic information[6]
- XM NavWeather™ with Real-Time Weather and 3-day forecast[6]
- Zagat Survey® Restaurant Guide
- Around View™ Monitor[8] with Front and Rear Sonar System[9]
- Auto-dimming inside mirror with HomeLink® Universal Transceiver
- Bluetooth® Hands-free Phone System[3]

### 4. Exterior

- Automatic on/off High Intensity Discharge (HID) bi-functional xenon headlights with windshield wiper interlock
- Integrated front fog lights
- Body-color running boards with integrated splash guards
- Power sliding, tinted glass moonroof with one-touch auto-open/close, tilt feature and sliding sunshade
- Power rear liftgate
- Roof rails
- Power folding, heated outside mirrors with integrated turn signals, courtesy lights and reverse tilt-down feature
- Rain-sensing, variable intermittent front windshield wipers
- Integrated Class IV tow hitch and 7-pin wiring harness with cover



[1] Air bags are only a supplemental restraint system; always wear your seat belt. Even with the occupant-classification sensor, rear-facing child restraints should not be placed in the front-passenger's seat. Also, all children 12 and under should ride in the rear seat properly secured in child restraints, booster seats, or seat belts according to their size. Air bags will only inflate in certain accidents; see owner's manual for more details. [2] VDC, which should remain on when driving except when freeing the vehicle from mud or snow, cannot prevent accidents due to abrupt steering, carelessness, or dangerous driving techniques. Always drive safely. [3] The Tire Pressure Monitoring System (TPMS) measures individual tire pressure and features a display which shows this information for each tire. If one or more of the tires are under-inflated, a low tire pressure warning light will illuminate. Built into the Tire Pressure Monitoring System is a Tire Inflation Indicator. When inflating the tire and the correct air pressure is reached, the turn signals will flash and the horn will sound to alert you to stop adding air. [4] Availability of specific features is dependent upon the phone's Bluetooth® support. Please refer to your phone owner's manual for details. Mobile phone not included. The Bluetooth word mark and logos are owned by Bluetooth SIG, Inc., and any use of such marks by Infiniti is under license. [5] Driving is serious business and requires your full attention. Do not operate any devices connected to the auxiliary audio input jack or USB connection port while driving. [6] Required XM Radio, XM NavTraffic and XM NavWeather subscriptions sold separately. Installation costs, one-time activation fee, other fees and taxes will apply. XM NavTraffic available in select markets. XM Radio U.S. service and XM NavWeather service available only to those at least 18 years of age in the 48 contiguous United States and D.C. Fees and programming subject to change. Subscriptions governed by XM Customer Agreement available at xmradio.com. © 2010 SIRIUS XM Radio Inc. SIRIUS, XM and all related marks and logos are trademarks of SIRIUS XM Radio Inc. and its subsidiaries. [7] Never program while driving. GPS mapping may not be detailed in all areas or reflect current road regulations. [8] The Around ViewTM Monitor is a parking aid/convenience. Cannot completely eliminate blind spots or warn of moving objects. May not detect every object. Always check your surroundings before moving vehicle. Not a substitute for proper backing procedures. Always turn to check what is behind you before backing up. [9] The front and rear sonar systems are conveniences, but not substitutes for proper parking procedures and/or parking procedures. Always check that it is safe to do so before moving forward or backing up. May not detect every object in front or behind you.

## Base MSRP[1]

QX56 2WD   $57,850   /   QX56 4WD   $60,950   /   Destination Charge   $950

### Models and Option Packages

- **QX56 2WD**
  Includes all standard equipment
- **QX56 4WD**
  Includes all standard equipment, plus: Infiniti All-Mode 4WD® and front windshield wiper deicer
- **Theater Package**
  Dual 7-inch color monitors, two wireless headphones, wireless remote control, auxiliary audio/video input jacks[2] and 120V power outlet
- **Split Bench Seat Package**
  Second-row split bench seat with 60/40-split folding. *Requires Theater Package. Replaces second-row captain's chairs and center console*
- **Deluxe Touring Package**
  22 x 8.0-inch, 9-spoke forged aluminum-alloy wheels with 275/50R22 H-rated all-season tires, Hydraulic Body Motion Control system, climate-controlled front seats, heated second-row seats (outboard only), remote tip-up second-row seats for easy third-row entry/exit, semi-aniline leather seating, Mocha Burl trim, Advanced Climate Control System (ACCS) with auto recirculation, Plasmacluster™ air purifier and Grape Polyphenol Filter, second-row footwell courtesy lights, and headlight washers (4WD models only). *Requires Theater Package*
- **Technology Package**
  Intelligent Cruise Control (Full-Speed Range)[3], Lane Departure Warning (LDW) and Lane Departure Prevention (LDP)[4], Distance Control Assist (DCA)[7], Intelligent Brake Assist (IBA) with Forward Collision Warning (FCW)[5], Blind Spot Warning[6], Front Pre-Crash Seat Belts, and Adaptive Front lighting System (AFS) with auto-leveling headlights. *Requires Deluxe Touring Package*

### Individual Options / Accessories

- Carpeted cargo mat, cargo net and first-aid kit
- Stainless steel illuminated kick plates
- Moonroof wind deflector
- Hatch tent
- Roof rail crossbars
- Vehicle Alarm Impact Sensor
- Hood protector
- Chrome mirror covers
- Premium carpeted floor mats
- Cargo area protector
- Stainless steel rear bumper protector
- Chrome body side moldings

*Many other Genuine Infiniti Accessories can be purchased at your local Infiniti Retailer. Visit this vehicle's Accessories section for more details.*

---

[1] All prices are Manufacturer's Suggested Retail Price (MSRP). MSRP excludes destination and handling charges, tax, title, license, and options. Retailer sets actual price. Prices shown are for QX56 2WD and QX56 4WD with standard equipment.   [2] Driving is serious business and requires your full attention. Do not operate any devices connected to the auxiliary audio input Jack or USB connection port while driving.   [3] Intelligent Cruise Control (Full-Speed Range) is not a collision avoidance or warning device. Designed to use limited braking. Failure to apply the brakes could result in an accident.   [4] The Lane Departure Warning/Lane Departure Prevention systems operate above approximately 45 mph and only when the lane markings are clearly visible on the road. Will not prevent loss of control. Refer to your owner's manual for more information.   [5] Intelligent Brake Assist is not a collision avoidance system. It may not provide warning or braking in certain conditions. Never rely solely on Intelligent Brake Assist.   [6] Blind Spot Warning is not a substitute for proper lane change procedures. The system will not prevent contact with other vehicles or accidents due to careless or dangerous driving techniques or detect every vehicle or object around you.   [7] Distance Control Assist helps maintain a distance to the vehicle in front of you under certain conditions. Not a collision avoidance system. Failure to apply the brakes could result in an accident.

Case: 1:17-cv-04240 Document #: 13-1 Filed: 08/09/17 Page 5 of 5 PageID #:125



## The Total Ownership Experience®

While the advantages of owning an Infiniti can be felt most intimately while sitting in the driver's seat of one of our vehicles, it is our goal to ensure that every aspect of ownership is a rewarding experience. The Infiniti Total Ownership Experience is an unprecedented commitment to professionalism and customer service that is tailored to you and your individual needs. You can recognize it the moment you enter an Infiniti dealership and in the service you'll receive for years to come. And in special benefits like a complimentary Infiniti Service Loan Car[1] when you bring your Infiniti for scheduled service, Trip Interruption Benefits should something go wrong, and Roadside Assistance[2] that is ready to help 24 hours a day. It's all part of our philosophy that quality service is an indispensable feature of a quality vehicle.



[1] Service Loan Car during Basic New Vehicle Limited Warranty at Infiniti Retailers for scheduled warranty service subject to availability. Restrictions apply. [2] Roadside Assistance and Trip Interruption Program available during the first four years after initial new-vehicle delivery. See Retailer for details.

All illustrations, photographs and specifications in this catalog are based on the latest product information; some vehicle parts cannot be shown in certain photographs. Some vehicles shown with optional equipment. See actual vehicles for complete accuracy. INFINITI reserves the right to make changes at any time, without notice, in prices, colors, materials, equipment, specifications and models, and to discontinue models or equipment. Availability and delivery time for particular models and equipment combinations may vary. For information on availability, additional options, or accessories, contact your INFINITI retailer. All specifications, options, and accessories shown in this catalog apply to the 48 contiguous states. Specifications, options, and accessories may differ in Alaska, Hawaii, U.S. territories, and other countries. The XM name and related logos are registered trademarks of XM Satellite Radio Inc. The Bluetooth word mark and logos are owned by the Bluetooth SIG, Inc., and any use of such marks by INFINITI is under license. iPod is a registered trademark of Apple Inc. HomeLink is a registered trademark of Johnson Controls, Inc. Birdview is a trademark of Clarion Co., Ltd. Always wear your seat belt, and please don't drink and drive. ©2010 INFINITI.